UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES L. STEVENS, et al.,**

    **Plaintiffs,**

**v.**                                                **Case No.  8:07-cv-238-T-30MAP**

**BUSCH ENTERTAINMENT**
**CORPORATION,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Remand (Dkt. #9). Pursuant to the Joint Stipulations Capping Plaintiffs' Damages and BEC's Non-Objection to Remand (Dkt. #7), Plaintiffs stipulated that the amount in controversy in this action will not exceed $75,000.00.  As consideration for Plaintiffs' stipulation, Defendants agreed not to object to Plaintiff's Motion for Remand.  Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

    1.    Plaintiff's Motion for Remand (Dkt. #9) is **GRANTED**.  The Clerk of this Court is directed to **remand** this case to the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.  The Clerk is also directed to forward a certified copy of this Order to that Court.

2.      The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-238.mt remand.frm